# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144772

HATTIE ISAAC,
      Plaintiff-Appellant,

v

SDW HOLDINGS CORPORATION, PACIFIC
EMPLOYERS INSURANCE COMPANY, and
SECOND INJURY FUND VOCATIONALLY
HANDICAPPED PROVISIONS,
      Defendants-Appellees.

SC: 144772
COA: 301347
WCAC: 06-000242

_____/

On order of the Court, the application for leave to appeal the February 22, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

t0514

                        Clerk